1  SEAN P. NALTY (SBN 121253)
   Sean.Nalty@wilsonelser.com
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF
   NORTH AMERICA; CIGNA GROUP INSURANCE
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 VICTOR HILL,                          )  Case No.:    3:10-cv-02780-EMC
                                         )
12         Plaintiff,                    )  STIPULATION TO EXTEND TIME TO
                                         )  ANSWER OR OTHERWISE RESPOND
13     v.                                )  TO PLAINTIFF'S COMPLAINT AND
                                         )  [PROPOSED] ORDER
14 LIFE INSURANCE COMPANY OF NORTH       )
   AMERICA; CIGNA GROUP INSURANCE;       )
15 TYCO INTERNATIONAL (U.S.), INC.; and  )  Location   :   San Francisco
   DOES 1 to 500, inclusive,             )  Courtroom  :   C, 15th Fl.
16                                       )  Honorable Edward M. Chen
           Defendants.                   )
17                                       )
                                         )
18 _____)

19     **IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between

20 plaintiff Victor Hill and defendants Life Insurance Company of North America ("LINA") and

21 CIGNA Group Insurance ("CIGNA"), through their attorneys of record, as follows:

22     1.   Defendant Life Insurance Company of North America was served with the

23 Summons and Complaint on or about July 21, 2010, and Life Insurance Company of North

24 America's response to the Complaint currently is due on or before August 11, 2010;

25     2.   Plaintiff and Defendant have agreed that defendant Life Insurance Company of

26 North America may have an extension to and including September 1, 2010 to answer or otherwise

27 respond to the Complaint; and

28

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; and [PROPOSED] ORDER**
USDC NDCA Case #3:10-cv-02780-EMC
539432.1

3. This extension of time to respond to the Complaint does not exceed thirty (30) days, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Date: August 10, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE

Date: August 10, 2010

CARCIONE, CATTERMORE, DOLINSKI, OKIMOTO, STUCKY, UKSHINI, MARKOWITZ & CARCIONE LLP

By: /s/ Gregory C. Cattermole
GREGORY C. CATTERMOLE
Attorneys for Plaintiff
VICTOR HILL

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Date: 8/10/10       By: _____

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE
*Victor Hill v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #3:10-cv-02780-ECM*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; and [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Gregory c. Cattermole, Esq. | Tel: (650) 367-6811 |
| Neal Arthur Markowitz, Esq. | Fax: (650) 367-0367 |
| Carcione Cattermole Dolinski Okimoto Stucky | ***Attorneys for Plaintiff*** |
| Ukshini Markowitz & Carcione, LLP | ***VICTOR HILL*** |
| Email: carcionelaw@yahoo.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 9, 2010** at San Francisco, California.

*/s/ Stacey Muller*
Stacey Muller

---

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; and [PROPOSED] ORDER**
USDC NDCA Case #3:10-cv-02780-EMC
570718.1