IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HILL, | No. C 10-02780 SI |
| Plaintiff, | **ORDER ADJUSTING PRETRIAL AND TRIAL DATES** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | |
| Defendants. | |

At the joint request of the parties, and in order to facilitate further settlement discussions, the pretrial and one-day bench trial schedule is adjusted as follows:

| | |
|---|---|
| Defendant to submit administrative record: | June 30, 2011 |
| Plaintiff's opening brief: | July 14, 2011 |
| Defendants' response: | July 28, 2011 |
| Plaintiff's reply: | August 11, 2011 |
| Bench trial (1 day): | August 31, 2011 |

All other contrary dates are vacated.

**IT IS SO ORDERED.**

Dated: May 11, 2011

SUSAN ILLSTON
United States District Judge