SEAN P. NALTY, ESQ. (SBN: 121253)
sean.nalty@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants,
LIFE INSURANCE COMPANY OF NORTH AMERICA,
CIGNA GROUP INSURANCE,
and TYCO INTERNATIONAL (U.S.), INC.

GREGORY CATTERMOLE (SBN 99465)
**CARCIONE, CATTERMOLE, DOLINSKI, OKIMOTO, STUCKY, UKSHINI, MARKOWITZ & CARCIONE, LLP**
601 Brewster Avenue, Second Floor
P.O. Box 3389
Redwood City, California 94064
Telephone: (650) 367-6811

Attorneys for Plaintiff VICTOR HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HILL,<br><br>         Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE; TYCO INTERNATIONAL (U.S.), INC.; and DOES 1 to 500, inclusive,<br><br>         Defendants. | Case No.:   CV10-2780 SI<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, the matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____10/13/11_____      _____
                                                                The Honorable Susan Illston
                                                                United States District Court Judge

---

1
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
USDC Case No.: CV10-2780 SI