```
 1  SEAN P. NALTY, ESQ. (SBN: 121253)
    sean.nalty@wilsonelser.com
 2  WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105-2725
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendants,
 6  LIFE INSURANCE COMPANY OF NORTH AMERICA,
    CIGNA GROUP INSURANCE,
 7  and TYCO INTERNATIONAL (U.S.), INC.

 8  GREGORY CATTERMOLE (SBN 99465)
    CARCIONE, CATTERMOLE, DOLINSKI,
 9  OKIMOTO, STUCKY, UKSHINI,
    MARKOWITZ & CARCIONE, LLP
10  601 Brewster Avenue, Second Floor
    P.O. Box 3389
11  Redwood City, California 94064
    Telephone:   (650) 367-6811
12
    Attorneys for Plaintiff VICTOR HILL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HILL,<br><br>       Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE; TYCO INTERNATIONAL (U.S.), INC.; and DOES 1 to 500, inclusive,<br><br>       Defendants. | Case No.:   CV10-2780 SI<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, the matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  _____10/13/11_____          _____
                                      The Honorable Susan Illston
                                      United States District Court Judge

---

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
USDC Case No.:  CV10-2780 SI